USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALLEN PROCTOR,

             Petitioner,

             - against -

TIMOTHY McCARTHY,

             Respondent.
-----------------------------------------------------------X

**ORDER**

19-CV-2988 (GBD) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      The Court has received Mr. Proctor's request for additional time to file his reply papers (Dkt. No. 38), even though the Court set January 7, 2020 as the date by which the papers would be due and said there would be no further extensions. Given the hardships Mr. Proctor describes he has faced (and continues to face), the Court will grant one last extension request. Any reply papers must be submitted no later than **January 28, 2020** (the date Mr. Proctor requested). <u>If they are not received by that date, the petition will be considered fully submitted for the Court's consideration and the Court will not accept any additional filings</u>.

      **SO ORDERED.**

Dated: January 14, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to the following:**

Allen Proctor
DIN No. 18A3273
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024