**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALLEN PROCTOR,
                Petitioner,

    -against-

                                    ORDER

TIMOTHY McCARTHY,                 19 Civ. 2988 (GBD)(JLC)

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

Petitioner's request for an extension of time to file his objections to Magistrate Judge Cott's Report and Recommendation, (ECF No. 45), is GRANTED. Petitioner has until April 1, 2021 to file his objections. As this is Petitioner's third request for an extension, no further requests will be granted.

Dated: New York, New York
       January 14, 2021

                                            SO ORDERED.

                                            GEORGE B. DANIELS
                                            United States District Judge